UNITED STATES DISTRICT COURT

DISTRICT OF NEW HAMPSHIRE


Michael W. Powers

    v.                    Civil No. 13-cv-00007-JL

Northern Lights Landscape
Contractor, LLC, et al.


**ORDER OF RECUSAL**

    I hereby recuse myself from presiding over this case.  The case shall be assigned to another judge.


**SO ORDERED.**

                                            _____
                                            Joseph N. Laplante
                                            United States District Judge

Dated:  March 13, 2013

cc:  Megan E. Douglass, Esq.
     John M. Edwards, Esq.