# EXHIBIT 10

| ✓ 4/2/12 | ✓ Amh. DPW | 7 AM – 3 PM | 8 hrs | 800.00 |
| ✓ 4/3/12 | ✓ Amh DPW | 7 AM – 3 PM | 8 hrs | 800.00 |
| ✓ 4/4/12 | ✓ Amh DPW | 7 AM – 3 PM | 8 hrs | 800.00 |
| 4/5/12 | ✓ State DOT – Milford Shed | 7 AM – 330 PM  8½ hrs | | 100.00 hour / 850.00 |
| 4-5-12 | Mont Vernon DPW | 1 hr (Bill when we do some other next week) | | 100.00 |
| 4-5-12 | ✓ Granite State Earth Works  130–630 AM  sweep Lowes Plaza and Heritage Place | | 5 hrs | 625.00 ✓ |
| ✓ 4-6-12 | ✓ Amherst DPW | 7 AM – 3 PM | 8 hrs | 800.00 |
| 4-6-12 | ✓ Granite State Earth Works  230 AM – 630 AM sweep Lowes & Heritage | | 4 hrs | 500.00 |
| 4-8-12 | ✓ Granite State Earth Works  4 AM – 9 AM | | 5 hrs | 625.00 ✓ |

Granite State?   5900.00

60

| Date | Job | Time | Hours | Amount |
|---|---|---|---|---|
| 4/2/12 | Amh. DPW | 7 AM – 3 PM | 8 hrs | 800.00 |
| 4/3/12 | Amh DPW | 7 AM – 3 PM | 8 hrs | 800.00 |
| 4/4/12 | Amh DPW | 7 AM – 3 PM | 8 hrs | 800.00 |
| (4/5/12) PAID | State DOT – Milford Shed | 7 AM – 330 PM | 8½ HRS | 892.50 |
| 4-5-12 | Mont Vernon DPW | 1 hr (Bill when we do some other next week) | | 100.00 |
| 4-5-12 | Granite State Earth Works — sweep Lowes Plaza and Heritage Place | 130–630 AM | 5 Hrs | 625.00 |
| 4-6-12 | Amherst DPW | 7 AM – 3 PM | 8 hrs | 800.00 |
| 4-6-12 | Granite State Earth Works — sweep Lowes & Heritage | 230 AM – 630 AM | 4 Hrs | 500.00 |
| 4-8-12 | Granite State Earth Works — westford mall | 4 AM – 9 AM | 5 Hrs | 625.00 |
| | | | | 5942.50 |

61

| ✓ 4/9/12 | ✓ Amh DPW | 7-3 pm | 8 Hrs | 800 00 |
|---|---|---|---|---|
| 4/10/12 | ~~Amh DPW~~ | | | |
| | ✓ State DOT | 7-2 pm | 7 Hrs | 700 00 |
| 4/11/12 | ✓ State DOT | 1030-330 | 5 Hrs | 500 00 |
| | ✓ Amh DPW | 7-3 | 8 Hrs | 800 00 |
| 4/12/12 | ✓ State DOT | 700-200 | 7 Hrs | 700 00 |
| | ✓ Amh DPW | 7-130 | 6½ | ~~700~~ 650 |
| 4/13/12 | ✓ State DOT | 7-3 | 8 Hrs | 800 00 |
| | ✓ Amh DPW | 7-3 | 8 Hrs | 800 00 |

Cityside/W.side CommonsCondo ✓ 600 00

4/14 ✓ ~~~~ KIG/Longly Place ✓ 300 00
✓ Stabile L.Acres ✓ 600 00

invoice under NL ✓ 4/15/12 Label Art — NL
Wilton Mill - Dave B — 300 00

7550 00

| Day | Date | | Job | Hours | Amount |
|---|---|---|---|---|---|
| mon | 4/16 | ✓ | Amh DPW 7-3 | 8 Hrs | 800.00 |
| Tue | 4/17 | ✓ | Amh DPW 7-3 | 8 Hrs | 800.00 |
| | | ✓ | State DOT-mdf 7-3 | 8 Hrs | 800.00 |
| Wed | 4/18 | ✓ | Amh DPW 7-3 | 8 Hrs | 800.00 |
| | | ✓ | State DPW-Hollis 7-3 | 8 Hrs | 800.00 |
| | | | Harry Smith Gowing Woods | 2 Hrs | 300.00 ✓ |
| Thurs | 4/19 | ✓ | Amh DPW 830-3 | 6½ Hrs | 650.00 |
| | | ✓ | State DPW Hollis 7-3 | 8 Hrs | 800.00 |
| Friday | 4-20 | ✓ | Amh DPW 7-3 | 8 Hrs | 800.00 |
| | | ✓ | State DPW-Bedford 7-3 | 8 Hrs | 800.00 |
| | | ✓ | Earthworks Hampshire Green Condo | 1 Hrs | 150.00 |
| Sat | 4-21 | ✓ | Wilton DPW 5-10 | 5 Hrs | (500.00) |
| | | ✓ | Suburban Propane | | 425.00 |
| | | ✓ | 4/S Condo | | 400.00 |
| | | ✓ | Ledges Condo | | 450.00 |
| | | | | | 9275.00 |

63

| Day | Date | Job | Hours | Rate/Amount |
|---|---|---|---|---|
| MONDAY | 4/23/12 | Walden Woods - sweep Garage<br>GreatNorth Property Management | ✓ | (360⁰⁰) |
| TUES | 4/24/12 | State DOT - Bedford | 930-330 (6 HRS) | (600⁰⁰) |
|  | 4/24/12 | Amh DPW | 7-3  8 HRS | (800⁰⁰) ✓ |
| WED | 4/25/12 | State DOT - Bedford | 7-3  8 hrs | (800⁰⁰) |
|  | 4/25/12 | Amh. DPW | 7-3  8 hrs | (800⁰⁰) ✓ |
|  |  | KIG sweep Dartmouth/Nashua | ✓ | (375⁰⁰) |
|  |  | 3 Budway |  | (NLL) |
|  |  | 150 Broad St |  | (NLL) |
| Thurs 26th |  | Merrimack DPW | 7-3  8hrs @ 99⁰⁰ | (792⁰⁰) |
|  |  | "    " | 7-230  7½ @ 99⁰⁰ | (742⁵⁰) |
| Friday 27th |  | Merr DPW | 7-3  8hrs @ 99⁰⁰ | (792⁰⁰) |
|  |  | "    " | 7-130  6½ @ 99⁰⁰ | (643⁵⁰) |
| SAT 28th |  | Wilton DPW | 6-2  8 hrs ✓ | (800⁰⁰) |
|  |  |  | 6-12  6 hrs ✓ | (600⁰⁰) |

Not Billed

(8105⁰⁰)
22767⁵⁰

30872⁵⁰

64

√ MONDAY 4/30/12
~~Mon~~ DPW  √ 630-230      8 hrs    ~~E~~     ~~792~~⁰⁰
              √ 630-330     9 hrs              ~~891~~⁰⁰

√ 5-1-12  Rain

√ 5-2-12
√ DOT Bedford              7-330     8½       ~~850~~⁰⁰
√ ~~Mon~~ DPW              630-315   8¾       ~~886~~⁰⁰

√ 5-3
√ Dot-Bed                  7-330     8½        850⁰⁰

√ 5-4-12  Rain

√ 5-5-12
√ Wilton DPW √             6-12      6 hrs    600⁰⁰
√ MV  DPW √              ③ 12-330    7 hrs    700⁰⁰

                                         5/12  5549.25

                                              = 65

## MONDAY 5-7

- ✓ Mem DPW        630-330    9 HRS    $891.00
- ✓ Mem DPW        630-330    9 HRS    $891.00

## TUES
Rain

## WED 5-9

- ✓ State DOT - Goffstown    730-330    8    $800
- ✓ Mem DPW                  730-330    8    $800

## THURS 5-10

- ✓ State DOT - Goffs.    830-430    8 HRS    $800
- ✓ Greenville Estates    135        5 HRS    $625

## FRIDAY 5-11

- ✓ Mem DPW        630-330    9 HRS    $891.25
- ✓ Mem DPW        630-330    9 HRS    $891.25
- ✓ Freedom Ground Works  5 deerwood dr    $150
  sweep Horse shoepond  Amherst  556-4470

## SAT 5-12

- ✓ Amh Street Condo         PAID     $350

4355 2.75

66  5/12  7131

5-14-12   MONDAY
mem DPW      630-330    9 Hrs    891.00
mem DPW      630-330    9 Hrs    891.00

5-15-12
DOT - Heniker    7-330    8½    850.00
DOT - Heniker    7-330    8½    850.00

5-16-12
MDPW     630-330    9    891.00
MDPW     630-330    9    891.00

5-17-12
mem DPW    630-300    8½    841.50
mem DPW    630-333    9    891.00

5-18-12
mem DPW    7-330    8½    841.50
DOT - Heniker    7-3    8    800.00

8638.00

67

## 5-21-12

| | | | |
|---|---|---|---|
| MDPW | 630-330 | 9 Hrs | (891.00) |
| Hudson Paving | 330-6 PM | 2½ | (312.50) |
| Burnetts Hill Rd | | | |
| Hudson 03051 → mike 882-6854 | | | |
| DOT - Henniker | 7-330 | 8½ | (850.00) |

## 5-22

| | | | |
|---|---|---|---|
| MDPW | 7-11 | (4) | (396.00) |
| MDPW | 730-11 | (3½) | (346.50) |

## 5-23

| | | | |
|---|---|---|---|
| MDPW | 630-330 | 9 | (891.00) |
| MDPW | 630-715 | 3/4 | (74.25) |
| DOT Henniker | 730-330 | 8 | (800.00) |

## 5-24-12

| | | | |
|---|---|---|---|
| MDPW | 630-330 | 9 | (891.00) |
| DOT-Henniker | 7-330 | 8½ | (850.00) |

## 5-25-12

| | | | |
|---|---|---|---|
| MDPW | 630-400 | 9½ | (940.50) |
| MDPW | 630-400 | 9½ | (940.50) |

(8183.25)

60374
68

5/29/12   TUES
MDPW         630-330           ⑨           $891.00$
DOT-Hemlker  7ᴬᴹ-2ᴾᴹ                       $700.00$

5/30/12
MDPW         630-330           ⑨           $891.00$
MDPW         630-330           ⑨           $891.00$

5/31/12
MDPW         630-330   1½ DownTime  7½    $742.50$
MDPW         630-330           ⑨           $891.00$

6/1/12
MDPW         630-330        9 HRS          $891.00$
MDPW         645-330        8¾             $866.25$

                                           $6063.75$

                          as of 6/1/12     $66,437.00$

69

6-4-12   MONDAY

| | | | |
|---|---|---|---|
| MDPW | 630-12 | 5½ | 544.50 |
| MDPW | 630-12 | 5½ | 544.50 |

6-5-12

| | | | |
|---|---|---|---|
| MDPW | 630-830 | 2 | 198.00 |
| MDPW | 630-830 | 2 | 198.00 |

6-6-12

| | | | |
|---|---|---|---|
| DOT-Hooksett | 7-4 | 9 | 900.00 |
| DOT-Hooksett | 7-4 | 9 | 900.00 |

6-7-12

| | | | |
|---|---|---|---|
| DOT-Hooksett | 7-4 | 9 | 900.00 |
| MDPW | 630-300 | 8½ | 841.50 |

6-8-12

| | | | |
|---|---|---|---|
| MDPW | 630-330 | 9 | 891.00 |
| MDPW | 630-339 | 9 | 891.00 |

6-9-12

G. Balcom Landscaping          6,808.50

                                73,021.25

Sunday     6-10-12
Greg Balcom Landscaping     Sweep Ammco     $150.00
454 Rt 13 South
Milford, N.H. 03055

Monday     6-11-12
DOT - Henniker     7-4     9     900.00
MDPW     630-330     9     891.00

Tues     6-12-12
MDPW     830-330     7     693.00
MDPW     830-330     7     693.00
~~Sweep~~

Wed     6-13-12
DOT - Hooksett     7-230     7½     750.00
DOT - Manchester     7-4     9     900.00

Thurs
DOT - Manchester     7-4     9     900.00
MDPW     630-2     7½     742.50
Hudson Paving     ~~~~     4 hrs     440.00

Friday
MDPW     630-230     8     792.00
Carl Zahn     845-     3 @ 125.00     375.00

8226.50
8,247.25

### 6-18-12

| | | | |
|---|---|---|---|
| MDPW | 630-230 | 8 | 792.00 |
| MDPW | 730-230 | 7 | 693.00 |

### 6-19-12

| | | | |
|---|---|---|---|
| MDPW | 630-4 | 9½ | 940.50 |
| MDPW | 630-4 | 9½ | 940.50 |

Freedom Ground Works
  Sweep - Horseshoe Pond          150.00

$84,763.75

# Sweeping

① 7-10-12
① DOT milk          7½          (750.00)

7-11-12
⑤ DOT milk          9           (900.00)

7-12-12
① DOT milk          9           900.00


(87313.25)